STATE v. CHILDERS

No. 260 PC.

Case below: 41 N.C. App. 729.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

STATE v. EDWARDS

No. 17 PC.

Case below: 41 N.C. App. 767.

Application by defendant for further review denied 25 September 1979.

STATE v. ELLISON

No. 288 PC.

Case below: 41 N.C. App. 767.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 10 September 1979.

STATE v. HOSKINS

No. 290 PC.

Case below: 42 N.C. App. 108.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

STATE v. LOCKLEAR

No. 107.

Case below: 42 N.C. App. 486.

Motion of appellee to dismiss appeal for lack of substantial constitutional question allowed 25 September 1979.